**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THE UNITED STATES OF AMERICA,

                Plaintiff,

vs.                                   Case No. 3:11-cv-1056-J-32MCR

FASTTRACK BUILDERS INCORPORATED,
et al.,

                Defendants.

_____

## ORDER

      This case is before the Court on pending motions (Docs. 12, 13, 14, 15), which the Magistrate Judge took under consideration and rendered a Report and Recommendation (Doc. 17), recommending that these motions all be granted.  No objections were filed and the time in which to do so has passed.  See Order, Doc. 18 (directing Clerk to send copy of Report and Recommendation to defendants and extending time for objections).  Accordingly, upon review of the entire file, it is hereby

      **ORDERED**:

      1.    The Report and Recommendation (Doc. 17) is **ADOPTED** as the opinion of the Court.

      2.    Plaintiff's Motion for Final Default Judgment against Defendant Fasttrack Builders, Inc. (Doc. 12) is **GRANTED**, and in accordance with Fed. R. Civ. P. 55(b), the Clerk is directed to enter Final Default Judgment in favor of Plaintiff and against Fasttrack Builders, Inc. declaring that Fasttrack Builders, Inc. owes Plaintiff $12,466.00 in principal and

Case 3:11-cv-01056-TJC-MCR   Document 19   Filed 07/09/12   Page 2 of 3 PageID 104


$1,881.17 in prejudgment interest ($12,466.00 at 18% interest from March 30, 2011 through January 30, 2012) for a total amount of $14,347.17, for which sum Fasttrack Builders, Inc. is jointly and severally liable with Asurety Partners, LLLP.

3.      Plaintiff's Motion for Final Default Judgment against defendant Asurety Partners, LLLP (Doc. 13) is **GRANTED**, and in accordance with Fed. R. Civ. P. 55(b), the Clerk is directed to enter Final Default Judgment in favor of Plaintiff and against Asurety Partners, LLLP declaring that Asurety owes Plaintiff $12,466.00 in principal and $1,881.17 in prejudgment interest ($12,466.00 at 18% interest from March 30, 2011 through January 30, 2012) for a total amount of $14,347.17, for which sum Asurety Partners, LLLP is jointly and severally liable with Fasttrack Builders, Inc.

4.      Plaintiff's Motion for Attorneys' Fees and Costs against Defendant Fasttrack Builders, Inc. (Doc. 14) is **GRANTED** and Plaintiff is awarded the reasonable sum of $924.25 for attorneys' fees and costs against Fasttrack Builders, Inc.  Fasttrack Builders, Inc. is individually liable for $80.00 of this amount and is jointly and severally liable with Asurety Partners, LLLP for the remaining amount of $844.25.

5.      Plaintiff's Motion for Attorneys' Fees and Costs against Defendant Asurety Partners, LLLP (Doc. 15) is **GRANTED** and Plaintiff is awarded the reasonable sum of $904.25 for attorneys' fees and costs against Asurety Partners, LLLP.  Asurety Partners, LLLP is individually liable for $60.00 of this amount and is jointly and severally liable with Fasttrack Builders, Inc. for the remaining amount of $844.25.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of July, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record

3